1  John Nadolenco (Bar #181128)
   JNadolenco@mayerbrown.com
2  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
3  Los Angeles, California 90071-1503
   Tel: 213.229.9500
4  Fax. 213.625.0248

5  *Attorney for YouTube Entertainment Studios, Inc.*

6
                    **UNITED STATES DISTRICT COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**

8  | NEIL FOX PAREKH pka SUNIEL FOX, an | Case No. 2:21-cv-07488 FLA-KES |
   individual; and SHYHI HENRY HSAIO pka
9  HENRY STRANGE, an individual,

   Honorable Fernando L. Aenlle-Rocha
10              Plaintiffs,

                                        **NOTICE OF DISMISSAL OF CERTAIN**
11 v.                                    **DEFENDANTS AND STIPULATION TO**
                                         **ORDER GRANTING CORRECTION OF**
12 ABEL MAKKONEN TESFAYE pka THE         **ELECTRONIC CASE DOCKET**
   WEEKND, an individual; ADAM KING
13 FEENEY pka FRANK DUKES, an
   individual; NICOLAS ALFREDO JAAR pka
14 A.A.L., AGAINST ALL LOGIC, and/or
   NICO, an individual; THE WEEKND XO,
15 LLC; THE WEEKND XO US LLC; THE
   WEEKND XO, INC.; THE WEEKND XO
16 MUSIC, ULC; XO&CO., INC.; UNIVERSAL
   MUSIC CORPORATION; UNIVERSAL
17 MUSIC GROUP, INC.; UNIVERSAL
   MUSIC PUBLISHING, INC., individually
18 and dba UNIVERSAL MUSIC PUBLISHING
   GROUP; UMG RECORDINGS, INC.;
19 REPUBLIC RECORDS, INC.; XO
   RECORDS LLC; KOBALT MUSIC
20 PUBLISHING AMERICA, INC.;
   AMERICAN MUSIC RIGHTS
21 ASSOCIATION, INC.; SONGS MUSIC
   PUBLISHING, LLC; NYAN KING MUSIC,
22 INC.; MATTITUDE MUSIC, LLC;
   PEERMUSIC LTD.; PEERMUSIC III, LTD.;
23 SONY MUSIC PUBLISHING LLC; EMI
   CONSORTIUM MUSIC PUBLISHING,
24 LTD; HAL LEONARD LLC; HIPGNOSIS
   SONGS GROUP, LLC; BROADCAST
25 MUSIC, INC.; ASCAP ENTERPRISES LLC;
   YOUTUBE ENTERTAINMENT STUDIOS,
26 INC.; APPLE INC., individually and dba

27

28

APPLE MUSIC; AMAZON, INC.,
individually and dba AMAZON MUSIC;
VIMEO.COM, INC.; SPOTIFY USA, INC.;
and DOES 1 through 10,

        Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS AND STIPULATION TO ORDER GRANTING CORRECTION OF ELECTRIC CASE DOCKET

This Stipulation is entered into by and between plaintiffs Neil Fox Parekh and Shyhi Henry Hsaio ("Plaintiffs"), on the one hand, and defendant YouTube Entertainment Studios, Inc. ("YouTube Entertainment"), on the other hand, with respect to the following facts:

WHEREAS, Plaintiffs filed a complaint on September 17, 2021;

WHEREAS, YouTube Entertainment was served with the complaint on November 9, 2021. (Doc. No. 12.);

WHEREAS, on November 23, 2021, Counsel for YouTube Entertainment filed a Stipulation to Extend Time to Respond to the Initial Complaint By Not More Than 30 Days (L.R. 8-3). (Doc. No. 22). However, due to clerical error, YouTube, LLC was inadvertently inserted in the stipulation as the Defendant *instead of* YouTube Entertainment (the proper defendant). Unfortunately, due to this oversight, the error continued into the succeeding pleadings;

WHEREAS, on December 13, 2021, Plaintiffs and Appearing Defendants, including the erroneously named defendant YouTube, LLC, submitted a Stipulation To Order Extending Response Dates To A Single Deadline For Appearing Defendants To Respond To Plaintiffs' Complaint. (Doc. No. 32.);

WHEREAS, on December 20, 2021, the Court granted the request for a single response deadline and directed Appearing Defendants, including the erroneously named defendant YouTube, LLC, to respond to Plaintiffs' Complaint by January 24, 2022. (Doc. No. 36.);

WHEREAS, on January 12, 2022, Plaintiffs filed a Notice of Dismissal voluntarily dismissing certain defendants including YouTube Entertainment (the correctly named defendant). YouTube, LLC was rightly excluded from the Notice of Dismissal as YouTube, LLC is not a part

1  of this action. YouTube, LLC is not and has never been named a defendant in the complaint.

2  (Doc. No. 37.);

3       WHEREAS, the addition of YouTube, LLC into the pleadings and on the Court's

4  electronic case docket was unintentional and due to clerical error;

5       WHEREAS, on February 22, 2022, YouTube Entertainment filed a Notice of Errata

6  requesting the Court to administratively correct Defendant's name by replacing YouTube, LLC,

7  wherever found, and specifically at Doc. Nos. 22, 32, and 36, with YouTube Entertainment

8  Studios, Inc., and to remove YouTube, LLC from the electronic case docket. (Doc. No. 44.);

9       WHEREAS, the Court denied YouTube Entertainment's request but allowed the parties to

10  "bring a renewed request to correct the docket and dismiss YouTube as a stipulation." (Doc. No.

11  45.);

12       WHEREAS, Plaintiffs hereby additionally provide Notice that they hereby dismiss any

13  YouTube entity from this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

14       NOW, THEREFORE, Plaintiffs and YouTube Entertainment respectfully request that the

15  Court enter the accompanying Order granting the correction of Doc. Nos. 22, 32, 36, and the

16  removal of YouTube, LLC from the electronic case docket.

17

18  Dated: March 9, 2022         By: */s/ Stephen M. Doniger*

19                       Stephen M. Doniger
                     Benjamin F. Tookey

20                       DONIGER/BURROUGHS
                     -and-

21                       Christopher S. Ghazarian
                     CHRIS GHAZARIAN LAW

22

23                       *Attorneys for Plaintiffs*

24  Dated: March 9, 2022         By: */s/ John Nadolenco*

25                       John Nadolenco
                     MAYER BROWN LLP

26

27                       *Attorney for YouTube Entertainment Studios, Inc.*

28

NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS AND STIPULATION TO ORDER GRANTING CORRECTION OF ELECTRIC CASE DOCKET

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE CERTIFICATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from the other signatory shown above and that all signatories have authorized placement of their electronic signature on this document.

<u>/s/ John Nadolenco</u>
John Nadolenco

NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS AND STIPULATION TO ORDER GRANTING CORRECTION OF ELECTRIC CASE DOCKET