| | |
|---|---|
| 1 | John Nadolenco (Bar #181128) |
| 2 | JNadolenco@mayerbrown.com<br>MAYER BROWN LLP |
| 3 | 350 South Grand Avenue, 25th Floor<br>Los Angeles, California 90071-1503 |
| 4 | Tel: 213.229.9500<br>Fax: 213.625.0248 |
| 5 | |
| 6 | Attorney for YouTube Entertainment Studios, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL FOX PAREKH pka SUNIEL FOX, an individual; and SHYHI HENRY HSAIO pka HENRY STRANGE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ABEL MAKKONEN TESFAYE pka THE WEEKND, an individual; ADAM KING FEENEY pka FRANK DUKES, an individual; NICOLAS ALFREDO JAAR pka A.A.L., AGAINST ALL LOGIC, and/or NICO, an individual; THE WEEKND XO, LLC; THE WEEKND XO US LLC; THE WEEKND XO, INC.; THE WEEKND XO MUSIC, ULC; XO&CO., INC.; UNIVERSAL MUSIC CORPORATION; UNIVERSAL MUSIC GROUP, INC.; UNIVERSAL MUSIC PUBLISHING, INC., individually and dba UNIVERSAL MUSIC PUBLISHING GROUP; UMG RECORDINGS, INC.; REPUBLIC RECORDS, INC.; XO RECORDS LLC; KOBALT MUSIC PUBLISHING AMERICA, INC.; AMERICAN MUSIC RIGHTS ASSOCIATION, INC.; SONGS MUSIC PUBLISHING, LLC; NYAN KING MUSIC, INC.; MATTITUDE MUSIC, LLC; PEERMUSIC LTD.; PEERMUSIC III, LTD.; SONY MUSIC PUBLISHING LLC; EMI CONSORTIUM MUSIC | Case No. 2:21-cv-07488 FLA-KES<br><br>**(PROPOSED) ORDER GRANTING CORRECTION OF ELECTRONIC CASE DOCKET**<br><br>Honorable Fernando L. Aenlle-Rocha |

| | |
|---|---|
| 1 | PUBLISHING, LTD; HAL LEONARD LLC; HIPGNOSIS SONGS GROUP, LLC; BROADCAST MUSIC, INC.; ASCAP ENTERPRISES LLC; YOUTUBE ENTERTAINMENT STUDIOS, INC.; APPLE INC., individually and dba APPLE MUSIC; AMAZON, INC., individually and dba AMAZON MUSIC; VIMEO.COM, INC.; SPOTIFY USA, INC.; and DOES 1 through 10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

## **ORDER**

The Court having received and considered the Stipulation of plaintiffs Neil Fox Parekh and Shyhi Henry Hsaio ("Plaintiffs"), on the one hand, and defendant YouTube Entertainment Studios, Inc. ("YouTube Entertainment"), on the other hand, and for good cause shown,

**IT IS HEREBY ORDERED** the correction of Doc. Nos. 22, 32, 36, and the removal of YouTube, LLC from the electronic case docket.

IT IS SO ORDERED.

Dated:

_____
Honorable FERNANDO L. AENLLE-ROCHA
United States District Judge