# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NEIL FOX PAREKH pka SUNIEL FOX, an individual; and SHYHI HENRY HSAIO pka HENRY STRANGE, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> ABEL MAKKONEN TESFAYE pka THE WEEKND, an individual; ADAM KING FEENEY pka FRANK DUKES, an individual; NICOLAS ALFREDO JAAR pka A.A.L., AGAINST ALL LOGIC, and/or NICO, an individual; THE WEEKND XO, LLC; THE WEEKND XO US LLC; THE WEEKND XO, INC.; THE WEEKND XO MUSIC, ULC; XO&CO., INC.; UNIVERSAL MUSIC CORPORATION; UNIVERSAL MUSIC GROUP, INC.; UNIVERSAL MUSIC PUBLISHING, INC., individually and dba UNIVERSAL MUSIC PUBLISHING GROUP; UMG RECORDINGS, INC.; REPUBLIC RECORDS, INC.; XO RECORDS LLC; KOBALT MUSIC PUBLISHING AMERICA, INC.; AMERICAN MUSIC RIGHTS ASSOCIATION, INC.; SONGS MUSIC PUBLISHING, LLC; NYAN KING MUSIC, INC.; MATTITUDE MUSIC, LLC; PEERMUSIC LTD.; PEERMUSIC III, LTD.; SONY MUSIC PUBLISHING <br><br> [Continued next page] | Case No. 2:21-cv-07488-FLA-KESx <br><br> [*PROPOSED*] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER BIFURCATING DISCOVERY *ETC*. <br><br> Date: April 8, 2022 <br> Time: 1:30 p.m. <br><br> Courtroom of the Honorable <br> Fernando L. Aenlle-Rocha <br> United States District Judge |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | LLC; EMI CONSORTIUM MUSIC PUBLISHING, LTD; HAL LEONARD LLC; HIPGNOSIS SONGS GROUP, LLC; BROADCAST MUSIC, INC.; ASCAP ENTERPRISES LLC; YOUTUBE ENTERTAINMENT STUDIOS, INC.; APPLE INC., individually and dba APPLE MUSIC; AMAZON, INC., individually and dba AMAZON MUSIC; VIMEO.COM, INC.; SPOTIFY USA, INC.; and DOES 1 through 10,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Motion of defendants Abel Tesfaye, Hal Leonard LLC, Universal Music Group, Inc., Universal Music Publishing, Inc., Universal Music Corp., Mattitude Music LLC, Hipgnosis Songs Group, LLC, Apple Inc., and Amazon.com, Inc., erroneously sued as Amazon, Inc., for an Order bifurcating discovery and for related relief, having come on regularly before this Court, the Honorable Fernando L. Aenlle-Rocha, United States District Judge presiding, and the Court having considered Defendants' Motion, Plaintiffs' opposition, Defendants' reply papers, and the evidence and the arguments presented, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Motion be and hereby is **GRANTED**, and:

1. The parties shall exchange Federal Rule of Civil Procedure 26(a)(2) expert disclosures limited to the issue of whether there are substantial similarities between Plaintiffs' work, "VIBEKING," and the allegedly infringing work, *Call Out My Name*, under this Circuit's extrinsic test (the "extrinsic test issue"), as follows:

   (a) Initial expert disclosures due by April 22, 2022; and

   (b) Rebuttal expert disclosures due by May 20, 2022;

2. Discovery as to the extrinsic test issue shall be completed by June 3, 2022;

3. On or before June 17, 2022, Defendants shall file either:

   (a) a Federal Rule of Civil Procedure 56 motion with respect to the extrinsic test issue, which motion shall be without prejudice to Defendants filing, if the case remains pending, a later Rule 56 motion with respect to issues other than the extrinsic test issue; or

   (b) a notice of intent not to file at this time a Federal Rule of Civil Procedure 56 motion with respect to the extrinsic test issue; and

4. All other discovery is stayed pending further Order of the Court.

Dated: _____
Honorable Fernando L. Aenlle-Rocha
UNITED STATES DISTRICT JUDGE

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

I am employed in the County of Los Angeles, State of California, and my business address is 865 South Figueroa Street, 24th Floor, Los Angeles, CA 90017-2566. I am over the age of 18 and not a party to this action. On March 11, 2022, I e-mailed the foregoing document to the following counsel of record for plaintiffs in this action:

    Stephen M. Doniger, at stephen@donigerlawfirm.com

    Benjamin Firestone Tookey, at btookey@donigerlawfirm.com

    Christopher S Ghazarian, at info@chris.law

Executed on March 11, 2022 at Los Angeles, California. I declare under penalty of perjury that the above is true and correct.

        /s/ Peter Anderson