Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Christopher S. Ghazarian (SBN 308147)
info@chris.law
CHRIS GHAZARIAN LAW
633 West 5th Street, 28th Floor
Los Angeles, CA 90071
Telephone: (213) 787-4401

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL FOX PAREKH, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ABEL TESFAYE, et al.,<br><br>Defendants. | Case No. 2:21-cv-07488-FLA-KES<br>*Hon. Fernando L. Aenlle-Rocha Presiding*<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement in principle of this action. Because the parties are still in the process of formalizing, executing, and consummating that settlement, Plaintiff respectfully requests that the Court take all dates off calendar and set a date in 30 days for the parties to file a joint status report if the case has not already been dismissed.

Respectfully submitted,

Date: March 17, 2023     By:   /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS

Christopher S. Ghazarian, Esq.
CHRIS GHAZARIAN LAW

Attorneys for Plaintiffs